IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

GEORGE LORENZO DEBOLES,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: 2:16-cv-80

(Case No.: 2:13-cr-11)

**O R D E R**

This matter is before the Court on Movant George Lorenzo Deboles' ("Deboles") Motion to Stay his 28 U.S.C. § 2255 Motion. (Doc. 4.) Deboles seeks to have his 28 U.S.C. § 2255 proceedings held in abeyance pending the United States Supreme Court's decision in Beckles v. United States, No. 15-8544, 136 S. Ct. 2510 (June 27, 2016) (granting certiorari), as to whether the decision in Johnson v. United States, ___ U.S. ___, 135 S. Ct. 2551 (June 26, 2015), applies to the Sentencing Guidelines' definition of "crime of violence" and, if so, whether the Beckles decision will apply retroactively to cases on collateral review.

Upon consideration, the Court **GRANTS** Deboles' Motion. Therefore, it is hereby **ORDERED** that all proceedings in Case Number 2:16-cv-80 are **STAYED** until the Supreme Court issues a decision in the Beckles case. The Government shall file a Revised Response to Deboles' Section 2255 Motion within twenty-one (21) days of the Supreme Court's issuance of an opinion in Beckles.

Deboles may file a Reply to the Government's Revised Response within twenty-one (21) days of the Government's Revised Response.

**SO ORDERED**, this 5th day of January, 2017.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA