# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 8:29 am, May 26, 2017

```
GEORGE LORENZO DEBOLES,        *
                               *
         Petitioner,           *    CV 216-80
                               *    CR 213-11
     v.                        *
                               *
UNITED STATES OF AMERICA,      *
                               *
         Respondent.           *
```

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 7. Petitioner George Lorenzo Deboles ("Deboles") failed to file any Objections to the Magistrate Judge's Report and Recommendation.

Accordingly, the Court **DISMISSES** Deboles' Motion to Vacate, Set Aside, or Correct his Sentence, filed pursuant to 28 U.S.C. § 2255. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Deboles *in forma pauperis* status on appeal.

**SO ORDERED**, this 25 day of May, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)